UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY DELANE HUDSON,                    **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

<u>Possession with Intent to Distribute Controlled Substances</u>

On or about December 12, 2024, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

ANTHONY DELANE HUDSON,

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and detectable amounts of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____
VITO S. SOLITRO
Assistant United States Attorney