## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| **USA v.**   Anthony Delane Hudson | **DISTRICT JUDGE:**   Robert J. Jonker |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-132<br>1:25-cr-14 | February 11, 2025 | 4:56 - 5:07 p.m. | Grand Rapids | |

### APPEARANCES

| Government:<br>Vito S. Solitro | Defendant:<br>Michael Adams | Counsel Designation:<br>CJA Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ Arrangement:<br>__ mute        __ nolo contendre<br>✓ not guilty      __ guilty<br>__ Final Pretrial Conference<br>__ Detention    (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Trial<br>✓ Other:  Status Conference | ✓ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>✓ Order Appointing Counsel<br>✓ Other:<br>Rule 5 (f) Order | Charging Document:<br>__ Read     ✓ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br><br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

| | |
|---|---|
| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $_____<br>Special Assessment: $ _____ | Plea Agreement Accepted:  __ Yes __ No<br>Defendant informed of right to appeal:  __ Yes __ No<br>Counsel informed of obligation to file appeal:  __ Yes __ No<br>Conviction Information:<br>    Date: _____<br>    By: _____<br>    As to Count (s): _____ |

**ADDITIONAL INFORMATION:**

Status conference held, and defendant ordered detained, in case no. 1:20-cr-132; arraignment held in case no. 1:25-cr-14; defendant to file initial pretrial conference summary statement.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ |

| **CASE TO BE:**   Set for Hearing | **TYPE OF HEARING:** Further Proceedings |
|---|---|
| **Reporter/Recorder:**   Paul Brandell | **Case Manager:**   S. Carpenter |